IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| | |
|---|---|
| In the Matter of the Application of the County Treasurer and Ex-Officio County Collector of Lake County, Illinois for Judgement and Order of Sale Against Real Estate Returned Delinquent for the Non-Payment of General Taxes and Special Assessments for the year 2016 and Prior Years | Case: 20 TD 166<br>Gen #: 17 TX 1<br>PIN #: 04-21-325-002 |

**FILED**
MAR 05 2021
Erin Cartwright Weinstein
CIRCUIT CLERK

## ORDER

This matter comes before the Court on the *2-1401 Motion to Vacate* filed by the County, as Trustee. The Court has jurisdiction over the subject matter and the parties, and being fully advised in the premises, hereby finds that:

    1. The parcel at issue is located at 2803 Ezekiel Avenue, Zion, Lake County, Illinois and is also identified by the PIN listed in the caption, above (hereinafter the "Subject Parcel");

    2. The County purchased the 2016 real estate tax (certificate of purchase) as Trustee of the Subject Parcel at the tax sale held on November 13, 2017;

    3. After a certificate of purchase was issued, a tax deed was obtained by the County on January 15, 2021, the Court finding that all parties in interest as identified by the County's tract search effective June, 2020 were given proper legal notice of the County's petition;

    4. Subsequent to the County's tract search in the Spring of 2020, which identified the parties in interest, including Ms. Vanessa Gibbs, Ms. Gibbs' counsel contacted the Lake County Clerk's office advising that Ms. Gibbs filed for Chapter 13 bankruptcy in November, 2020 in the Northern District of Illinois (case no. 20-19934). Lake County was unaware of the bankruptcy filing when the Tax deed issued in 2021;

    5. The Northern District of Illinois retains subject matter jurisdiction over matters relating to Ms. Vanessa Gibbs ownership interest in the Subject Parcel such that the County's motion should be granted pursuant to 2-1401 of Illinois' Code of Civil Procedure.

**Now therefore, it IS HEREBY ORDERED THAT:**

    1. The Lake County Clerk's 2-1401 Motion to Vacate the Court's order of January 15, 2021 is granted and the grant of a deed in trust is vacated;

    2. That the County Collector shall further declare a sale in error of and cancel the tax sale certificate for the Subject Parcel underlying the now vacated deed in trust pursuant to 35 ILCS 200/21-310(b)(1); and

1

3. That the Lake County Clerk shall carry forward the real estate taxes and all sub-taxes on the Subject Parcel as a forfeiture on the Collector's Roll subject to the Northern District of Illinois' orders in case number 20-19934 regarding the taxes owed on the Subject Property.

**Order prepared by:**
Joy C. Fitzgerald (#6210066)
Assistant State's Attorney
18 North County Street
Waukegan, IL 60085
jfitzgerald@lakecountyil.gov
847-377-3050

Enter: _____
Judge Betar