Home   Search Options▼   County Assessor   County Clerk   County Treasurer

**GENERAL**
Profile
Legal Description
Map
Owner
**TAX**
Tax Summary
Taxes Due
Tax Payment History
Tax Redemption
Tax Adjustment
Tax Status
Special Assessments
Mobile Home Information
**ASSESSOR**
Residential Building
Commercial Building
Other Building & Yard
Land Information
Agricultural Land Info.
CAMA Summary
Values Current
Values History
Property Transfer History
Conveyance History
Exemptions Current
Exemption History
Preferential Application
Appeals History
Appeals Comparables (SmartFile)
Appeals Comparables (iasWorld)
Documents
Permits
Photos
Sketch
Split/Combine History

PARID: 0421325002                                               ASSESSOR #: 049
NBHD: 9221002                                                   ROLL: RP
GIBBS, VANESSA                                                  2803 EZEKIEL AVE
Tax Year: 2022 (Taxes Payable in 2023).              Select **Tax Year** on the right:

05/31/2023  📅  Update Values

**Taxes Due - Treasurer**

| Tax Year | Cycle | Due Date | Taxes | Interest | Fees | Penalty | Date Last Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| 2019 | 1 | 08-JUN-20 | $1,861.51 | $.00 | $.00 | $.00 | 20-JUL-21 | $1,861.51 |
| 2019 | 2 | 08-SEP-20 | $1,861.51 | $.00 | $.00 | $.00 | 21-SEP-21 | $1,861.51 |
| 2018 | 1 | 06-JUN-19 | $388.06 | $.00 | $.00 | $.00 | 18-MAY-23 | $388.06 |
| 2018 | 2 | 06-SEP-19 | $1,683.43 | $.00 | $.00 | $.00 | | $1,683.43 |
| 2017 | 1 | 06-JUN-18 | $.00 | $.00 | $.00 | $.00 | 20-APR-23 | $.00 |
| Total: | | | $5,794.51 | $.00 | $.00 | $.00 | | $5,794.51 |

**Disclaimer**

All lenders and title companies without the original tax bill must include $5.00 for a duplicate bill fee parcel.
Payments will no longer be processed without the $5.00 fee.
This fee does not apply to mobile homes.

1 of 1
Return to Search Results
**Tax Year** 2022

**Actions**
🏠 Neighborhood Sales
🏠 Create Comparables
🖨 Printable Summary
🖨 Printable Version

**Reports**
CSV Export
CSV Export (Commercial
CSV New Sales
CSV New PINS
Mailing List
Envelope
Residential PRC
Commercial PRC
Redemption Estimate
Tax Bill Mobile Home
Calendar Year Tax Paym
Tax Bill
Redemption Receipts

Go

🖨 Printable Version

Please understand that the Lake County Tax Offices operate on different years, due to the Illinois property tax cycle taking place over a two-year timeframe. The year selection in the right column of the page can be changed so that you may get the most accurate information for the year(s) in question.
The Lake County Property Records and Licensing Office make every effort to maintain the most accurate information possible. No warranties, expressed or implied are provided for the data herein, its use or interpretation.
By proceeding to use this website, each visitor agrees to waive, release, and indemnify Lake County, its agents, consultants, contractors, and employees from any and all claims, actions, or causes of action for damages or injury to persons or property arising from the use or inability to use Lake County's Real Property assessment information. The assessment information is from the last certified assessment date. All other data is subject to change.
Visitors to this website are expressly prohibited from using applications designed to mine, gather or extract data. Unauthorized use and collection of this data may expose the visitor to criminal penalties and/or claims for civil damages, attorney's fees and costs by Lake County. In addition, if Lake County becomes the subject of a lawsuit related to alleged misuse of any unauthorized data taken in this manner by a visitor, Lake County will seek to have the Court require the visitor to reimburse Lake County for any damages, attorneys fees or costs which may be awarded as a result of this unauthorized use of data.

**Lake County**
18 N County Street
Waukegan, IL 60085

Contact Us
Monday-Friday 8:30am-5:00pm

**Location** Google Map

Website Disclaimer

Copyright 2019 by Lake County, Illinois   |   Last Updated: May 30, 2023   |   Powered by iasWorld Public Access